UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNIE EDWARD GRAYDON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2056** |
| **GOVERNOR BOBBY JINDEL, MARKSVILLE JAIL, JACKSON FORENSIC, STATE AGENCY** | **SECTION "H" (4)** |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Johnnie Edward Graydon's complaint pursuant to 42 U.S.C. § 1983 against the defendants, Governor Bobby Jindal, the Marksville City Jail, and the Feliciana Forensic Facility, is **DISMISSED WITH PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, on this 4th day of December, 2014.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**